HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM S HASH,

               Petitioner,

    v.

JEFFREY A UTTECHT,

               Respondent.

CASE NO. C20-5165RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 9], recommending denial of Petitioner Hash's §2254 habeas petition, and dismissal without prejudice. Hash has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Hash's Petition is **DISMISSED** without prejudice;

(3) For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability.

1    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent,

2 and to the Hon. David W. Christel.

3    IT IS SO ORDERED.

4    Dated this 24th day of July, 2020.

5

6    _____

7    Ronald B. Leighton
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2